# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE J. MONTIEL, | ) | 1:11cv02145 DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S |
| | ) | REQUEST FOR DEFAULT |
| vs. | ) | |
| | ) | (Document 15) |
| YATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Jesse J. Montiel ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 28, 2011.[1]

On February 27, 2013, service documents were sent to the United States Marshal for service. On May 2, 2013, Defendants filed a motion for an extension of time to file a responsive pleading. The Court granted the request on May 6, 2013, and allowed Defendants until June 24, 2013, to file a responsive pleading.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on February 7, 2012.

1

1
2
3
4   On May 6, 2013, Plaintiff filed a request for default. As Defendants have requested and received an extension of time to file a responsive pleading, Plaintiff is not entitled to an entry of default at this time. Accordingly, the request is DENIED.

5   IT IS SO ORDERED.

6
7       Dated:   **May 9, 2013**                              /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28