# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSE J. MONTIEL, | ) | 1:11cv02145 DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING DEFENDANTS TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION WITHIN TWENTY DAYS |
| vs. | ) | |
| YATES, et al., | ) | |
| Defendants. | ) | |

Plaintiff Jesse J. Montiel ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is currently assigned only to the undersigned based on Plaintiff's consent to United States Magistrate Judge jurisdiction and Appendix A(k)(4) of the Local Rules of the Eastern District of California. Defendants have now appeared in the action.

Therefore, Defendants shall notify the Court, within twenty (20) days from the date of service of this order, whether they consent to or decline United States Magistrate Judge jurisdiction.

IT IS SO ORDERED.

Dated:   **July 12, 2013**          /s/ *Dennis L. Beck*
                                    UNITED STATES MAGISTRATE JUDGE

1