# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE J. MONTIEL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>YATES, et al.,<br><br>　　　　Defendants. | 1:11cv02145 LJO DLB PC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Document 70) |

　　　　Plaintiff Jesse J. Montiel, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 28, 2011.  This action is proceeding against Defendants Das and Green violation of the Eighth Amendment.

　　　　Discovery closed on March 4, 2015, and dispositive motions are to be filed by May 4, 2015.

　　　　On February 26, 2015, Plaintiff filed a notice of voluntary dismissal.  He requests that this action be dismissed without prejudice so that it can be refiled at a later date.

　　　　On February 27, 2015, the Court ordered Defendants to inform the Court of their position regarding Plaintiff's request.  Fed. R. Civ. Proc. 41(a)(2).

　　　　On March 5, 2015, Defendants filed a statement of non-opposition to Plaintiff's request for dismissal without prejudice.

1

Accordingly, the Court GRANTS Plaintiff's request to dismiss this action.  The action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

| Dated:  **March 6, 2015** | **/s/ Lawrence J. O'Neill** |
|---|---|
| | UNITED STATES DISTRICT JUDGE |